# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Linda Sue Axe<br>Jerry Wayne Axe<br>     Debtor(s) | BK NO. 17-02446 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of DITECH FINANCIAL LLC and index same on the master mailing list.

                Respectfully submitted,

              **/s/ James C. Warmbrodt, Esquire**
              James C. Warmbrodt, Esquire
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              412-430-3594