Notice of Motion

In Re:

    Jerry Wayne Axe and Linda Sue Axe

Bankruptcy No.

17-02446 HWV

Chapter 13

Wells Fargo Bank, National Association as

Trustee for SABR 2004-OPI Mortgage Pass-

Through Certificates, Series 2004-OPI c/o

Select Portfolio Servicing, Inc.

            Movant

       vs

Jerry Wayne Axe and Linda Sue Axe

December 11, 2017

       And

Charles J. Dehart III Esquire Trustee/Respondent

Note: Property at 66 North Penn Street, Windsor, Pa. 17366 Deeded to Jerry W. Axe, Linda S. Axe, Matthew W. Axe, and Kristi N. Axe.

Mortgage company failed to notify Jerry, Linda, or Kristi of late payments, or any issues with property.

Select Portfolio Servicing listed only Matthew as deptor.

When Sheriff Sale notice came out Matthew W. Axe was the only person named.

Mortgage company refused to discuss any matters, "due to our name not being on the mortgage".

Mortgage company has not provided proof of mortgage ownership.

*Jerry Wayne Axe*
Jerry Wayne Axe

*Linda Sue Axe*
Linda Sue Axe