UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JERRY WAYNE AXE
LINDA SUE AXE

     Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
     Movant

vs.

JERRY WAYNE AXE
LINDA SUE AXE

     Respondent(s)

CHAPTER 13

CASE NO: 1-17-02446-HWV

## WITHDRAWAL OF MOTION TO DISMISS CASE

    Charles J. DeHart, III, Standing Chapter 13 Trustee, hereby requests that the Motion filed on December 18, 2017 be withdrawn due to having been filed in error or filed having used incorrect docketing procedure or incorrect information.

RESPECTFULLY SUBMITTED,
s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: January 9, 2018

IN RE: JERRY WAYNE AXE
LINDA SUE AXE

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

JERRY WAYNE AXE
LINDA SUE AXE

CASE NO: 1-17-02446-HWV

Respondent(s)

# CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on January 9, 2018.

PRO SE
,

JERRY WAYNE AXE
LINDA SUE AXE
12054 MT OLIVET RD
FELTON, PA  17322

RESPECTFULLY SUBMITTED,

s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  January 9, 2018