```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                          Case No. 17-02446-HWV
Jerry Wayne Axe                                                 Chapter 13
Linda Sue Axe
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1        User: CKovach         Page 1 of 1          Date Rcvd: Jan 09, 2018
                            Form ID: ntcnfhrg     Total Noticed: 12

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2018.
db/jdb         +Jerry Wayne Axe,    Linda Sue Axe,    12054 Mt Olivet Rd,    Felton, PA 17322-8444
4961526        ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court:   Columbia Gas of Pennsylvania,    PO Box 117,   Columbus, OH 43216)
4947636        +YORK HOSPITAL,    1001 S GEORGE ST,    YORK, PA 17403-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jan 09 2018 18:55:52      COMMONWEALTH OF PA  UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
                 HARRISBURG, PA 17121-0751
4982637         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 09 2018 19:05:30
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4933595        +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jan 09 2018 18:55:52
                 Commonwealth of Pennsylvania,    Department of Labor and Industry,    Collections Support Unit,
                 651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
4938211         E-mail/Text: bankruptcy.bnc@ditech.com Jan 09 2018 18:55:38      Ditech,    PO Box 6172,
                 Rapid City, SD 57709-6172
4933801        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 09 2018 19:05:25
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4994607         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 09 2018 18:55:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
4938212        +E-mail/Text: jennifer.chacon@spservicing.com Jan 09 2018 18:55:53       Select Portfolio,
                 3217 Decker Lake Dr,    Salt Lake City, UT 84119-3284
4956573         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 09 2018 19:05:36      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
4984752        +E-mail/Text: jennifer.chacon@spservicing.com Jan 09 2018 18:55:53       Wells Fargo Bank et al,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Danielle  Boyle-Ebersole    on behalf of Creditor    Wells Fargo Bank, National Association et al
               c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              James  Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Jerry Wayne Axe
Linda Sue Axe

Debtor(s)

Chapter 13

Case No. 1:17−bk−02446−HWV

# Notice

The hearing on confirmation of the Amended Plan of reorganization of Debtor 1 and Debtor 2 is scheduled for the date indicated below.

**January 24, 2018** is the deadline for filing objections to confirmation of the Amended Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 31, 2018 Time: 09:30 AM |
|---|---|

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CKovach, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 9, 2018 |