IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| JERRY WAYNE AXE & LINDA SUE AXE, | : CASE NO. 17-02446 HWV |
| DEBTOR | |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : OBJECTION TO PLAN |
| MOVANT | : HEARING DATE AND TIME |
| V. | : January 31, 2018 @ 9:30 A.M. |
| JERRY WAYNE AXE & LINDA SUE AXE, | |
| RESPONDENT | : RELATED TO DOCKET NO. 53 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF
REVENUE'S OBJECTION TO DEBTOR'S PROPOSED AMENDED CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Amended Chapter 13 Plan, on the parties at the below addresses, on January 12, 2018, by:

**17-02446 HWV Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ha.ecf@usdoj.gov

Charles J. DeHart, III at TWecf@pamd13trustee.com, dehartsaff@pamd13trustee.com

Danielle Boyle-Ebersole at debersole@hoflawgroup.com, bbleming@hoflawgroup.com

James Warmbrodt at bkgroup@kmllawgroup.com

**17-02446 HWV Notice will not be electronically mailed to:**

Jerry Wayne Axe
12054 Mt. Olivet Road
Felton, PA 17322

Linda Sue Axe
12054 Mt. Olivet Road
Felton, PA 17322

Commonwealth of PA UCTS
Department of Labor and Industry
Collections Support Unit
651 Boas St., Room 702
Harrisburg, PA 17121

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

EXECUTED ON: January 12, 2018

                                                  Respectfully submitted by,

                                      By:    /s/ Jim Peavler
                                                   Counsel
                                                   PA Department of Revenue
                                                   Office of Chief Counsel
                                                   Dept. 281061
                                                   Harrisburg, PA 17128-1061
                                                   PA I.D. 320663
                                                   Phone: 717-787-2747
                                                   Facsimile: 717-772-1459
                                                   jpeavler@pa.gov

2