In re:                                                    Case No. 17-02446-HWV
Jerry Wayne Axe                                           Chapter 13
Linda Sue Axe
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: JGoodling          Page 1 of 1          Date Rcvd: Jan 31, 2018
                             Form ID: ortext           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2018.
db/jdb        +Jerry Wayne Axe,   Linda Sue Axe,   12054 Mt Olivet Rd,   Felton, PA 17322-8444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          Danielle  Boyle-Ebersole   on behalf of Creditor   Wells Fargo Bank, National Association et al
          c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
          James  Warmbrodt   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          Jim  Peavler   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcyl@state.pa.us,
          RA-occbankruptcy6@state.pa.us
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Jerry Wayne Axe                                    Chapter: 13
Linda Sue Axe
**Debtor(s)**                                       Case number: 1:17−bk−02446−HWV

## ORDER

Proceeding Memo re: Confirmation Hearing (Second Amended Plan); held. Record made. Order − objections sustained, Chambers to prepare order for Debtors to submit tax returns to PA Department of Revenue within 30 days or upon Certificate of Default, case to be dismissed. Appearances: Jim Peavler and Charles J. DeHart, III, Esquire (Trustee) appeared in person. Danielle Boyle−Ebersole participated by CourtCall. The Debtors did not appear.. IT IS SO ORDERED on 1/31/2018. /s/Henry W. Van Eck (RE: related document(s)35, 37, 42, 53). (Goodling, Joan)