```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-02446-HWV
Jerry Wayne Axe                                                     Chapter 13
Linda Sue Axe
        Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: CKovach            Page 1 of 1           Date Rcvd: Feb 02, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2018.
db/jdb         +Jerry Wayne Axe,   Linda Sue Axe,   12054 Mt Olivet Rd,   Felton, PA 17322-8444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Wells Fargo Bank, National Association et al
               c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Jim Peavler    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
Jerry Wayne Axe and :
Linda Sue Axe :
       Debtors : CASE NO. 1:17-bk-02446-HWV

## ORDER

Upon consideration of the Objection to Confirmation of Plan (the "Objection") filed by the Pennsylvania Department of Revenue (the Department"), and after notice and a hearing at which Debtors did not appear, it is hereby

**ORDERED** that the Debtors are to submit to the Department all past-due prepetition state tax returns, specifically tax returns for years 2013 through 2016 as detailed in the Objection; and it is further

**ORDERED** that Debtors shall have thirty (30) days from the date of this Order to submit the outstanding documents to the Department, or, upon Certificate of Default filed by the Department the case shall be dismissed.

Dated: February 01, 2018      By the Court,

                                                    Henry W. Van Eck, Bankruptcy Judge
                                                                                       (LS)