# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| JERRY WAYNE AXE & LINDA SUE AXE, | : CASE NO. 17-02446-HWV |
| DEBTOR | : CERTIFICATE OF DEFAULT |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : |
| MOVANT | : |
| V. | : |
| JERRY WAYNE AXE & LINDA SUE AXE, | : |
| RESPONDENT | : RELATED TO DOCKET NO. 63 |

**CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S CERTIFICATE OF DEFAULT**

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading of Pennsylvania Department of Revenue's Certificate of Default, on the parties at the below addresses, on March 8, 2018 by:

**17-02446-HWV Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@pa.gov, RA-occbankruptcy6@pa.gov

Danielle Boyle-Ebersole at debersole@hoflawgroup.com, bbleming@hoflawgroup.com

Charles J. DeHart III at dehartstaff@pamd13trustee.com, TWeef@pamd13trustee.com

James Warmbrodt at bkgroup@kmllawgroup.com

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

**17-02446-HWV Notice will not be electronically mailed to:**

Jerry Wayne Axe
12054 Mt Olivet Rd
Felton, PA  17322

Linda Sue Axe
12054 Mt Olivet Rd
Felton, PA  17322

Commonwealth of PA UCTS
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 702
Harrisburg, PA  17121

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA  23541


EXECUTED ON:  March 9, 2018

                              Respectfully submitted by,


      By:    /s/     Jim Peavler
                 Counsel
                 PA Department of Revenue
                 Office of Chief Counsel
                 P.O. Box 281061
                 Harrisburg, PA 17128-1061
                 PA I.D. # 320663
                 Phone: 717-787-2747
                 Facsimile: 717-772-1459