```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                           Case No. 17-02446-HWV
Jerry Wayne Axe                                                  Chapter 13
Linda Sue Axe
         Debtors
                            **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: karendavi              Page 1 of 1                  Date Rcvd: Mar 12, 2018
                               Form ID: pdf010              Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2018.
db/jdb         +Jerry Wayne Axe,    Linda Sue Axe,    12054 Mt Olivet Rd,    Felton, PA 17322-8444
4961526        ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court:   Columbia Gas of Pennsylvania,    PO Box 117,    Columbus, OH 43216)
4947636        +YORK HOSPITAL,    1001 S GEORGE ST,    YORK, PA 17403-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Mar 12 2018 18:59:49     COMMONWEALTH OF PA  UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
                 HARRISBURG, PA 17121-0751
4982637         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 12 2018 19:10:22
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4933595        +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Mar 12 2018 18:59:50
                 Commonwealth of Pennsylvania,    Department of Labor and Industry,    Collections Support Unit,
                 651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
4938211         E-mail/Text: bankruptcy.bnc@ditech.com Mar 12 2018 18:59:09     Ditech,    PO Box 6172,
                 Rapid City, SD 57709-6172
4933801        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 12 2018 19:04:26
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4994607         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 12 2018 18:59:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
4938212        +E-mail/Text: jennifer.chacon@spservicing.com Mar 12 2018 18:59:51     Select Portfolio,
                 3217 Decker Lake Dr,    Salt Lake City, UT 84119-3284
4956573         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 12 2018 19:35:38     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
4984752        +E-mail/Text: jennifer.chacon@spservicing.com Mar 12 2018 18:59:51     Wells Fargo Bank et al,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                           Signature:  /s/Joseph Speetjens

---

                            **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Wells Fargo Bank, National Association et al
               c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              James Warmbrodt     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Jim Peavler    on behalf of Creditor     PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| JERRY WAYNE AXE | : CASE NO. 17-02446-HWV |
|    & | : |
| LINDA SUE AXE, | : |
| | : |
|       DEBTOR | : CERTIFICATE OF DEFAULT |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : |
| | : |
|       MOVANT | : |
| V. | : |
| JERRY WAYNE AXE | : |
|    & | : |
| LINDA SUE AXE, | : |
| | : |
|       RESPONDENT | : RELATED TO DOCKET NO. 57 |

**ORDER**

AND NOW, it is hereby Ordered and Decreed, without notice and hearing, that upon consideration of the Commonwealth of Pennsylvania, Department of Revenue's Affidavit of Default, the Debtors' Chapter 13 bankruptcy case is dismissed.

Dated: March 12, 2018

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Bankruptcy Judge (KB)